1     Jeffrey A. Agnew
       Bar Number 105268
2     Attorney at Law
       406 16th Street, Suite 102-C
3     Ramona, California 92065
       Telephone:   760:788-2123
4     Facsimile:    760:788-3336

5     In propria persona, and as
       Attorney for plaintiff
6     LYNNE HUXTABLE

7

8                   UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | LYNNE HUXTABLE and JEFFREY A. AGNEW, | ) | Civil Case No. '09cv1846 BTM (NLS) |
|---|---|---|---|
| 12 | | ) | DECLARATION OF JEFFREY A. |
| |         Plaintiffs, | ) | AGNEW REGARDING NAMED |
| 13 | | ) | DEFENDANTS NOT SERVED, |
| | -vs.- | ) | |
| 14 | | ) | RE:  EX PARTE MOTION FOR |
| 15 | TIMOTHY F. GEITHNER, as United States Secretary of the Treasury; | ) | ISSUANCE OF TEMPORARY RESTRAINING ORDER AND ORDER |
| 16 | UNITED STATES DEPARTMENT OF THE TREASURY; THE FEDERAL | ) | TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD |
| 17 | HOUSING FINANCE AGENCY, as conservator for the Federal National | ) | NOT ISSUE |
| 18 | Mortgage Association, d/b/a Fannie Mae, and for the Federal Home Loan | ) | |
| 19 | Mortgage Corporation, d/b/a Freddie Mac; FEDERAL NATIONAL | ) | |
| 20 | MORTGAGE ASSOCIATION, d/b/a Fannie Mae; FEDERAL HOME LOAN | ) | |
| 21 | MORTGAGE CORPORATION, d/b/a Freddie Mac;  NATIONAL CITY | ) | |
| 22 | CORPORATION, a Delaware corporation; NATIONAL CITY BANK, | ) | |
| 23 | a nationally chartered bank; NATIONAL CITY MORTGAGE, a | ) | |
| 24 | division of National City Bank; PNC FINANCIAL SERVICES GROUP, INC., | ) | |
| 25 | a Pennsylvania corporation; and CAL-WESTERN RECONVEYANCE | ) | |
| 26 | CORPORATION, a California corporation, | ) | |
| 27 |         Defendants. | ) | |
| 28 | _____ | ) | |

I, Jeffrey A. Agnew, declare as follows:

1.   I am an attorney at law licensed to practice law before all of the courts of the state of California, and admitted to practice before the United States District Court for the Southern District of California.  I am the attorney of record for plaintiff Lynne Huxtable in the above entitled action.  I also represent myself, in propria persona, in this action.  Lynne Huxtable is my wife.

2.   For the reasons set forth below, named defendants National City Mortgage Company and National City Corporation have not been separately served with the Summons, Complaint, or other documents in this action.

3.   Since the filing of this action, and since the filing of plaintiffs' ex parte motion for a temporary restraining order and order to show cause why a preliminary injunction should not issue, I have discovered that National City Mortgage Company, named herein as a defendant, no longer exists.  According to a Certificate of the State of Ohio, by Ohio Secretary of State Jennifer Brunner, dated October 1, 2008, National City Mortgage Co. was merged out of existence into National City Bank (which is a defendant in this action).  Since National City Mortgage Company no longer exists as a separate entity, I am unable to separately serve it with the summons, complaint, and other papers.  I intend to dismiss National City Mortgage Company as a separate defendant.

4.   Since the filing of this action, and since the filing of plaintiffs' ex parte motion for a temporary restraining order and order to show cause why a preliminary injunction should not issue, I have discovered that National City Corporation, named herein as a defendant, as the bank holding company which owns defendant National City Bank has been merged into defendant PNC Financial Services Group, Inc., as the bank holding company owning National City Bank. The Board of Governors of the Federal Reserve System issued, effective December 15, 2008, an Order Approving the Merger of Bank Holding Companies, pursuant to which the Federal Reserve System approved the

09cv1846 BTM (NLS)

1    acquisition of National City Corporation by PNC Financial Services Group, Inc.,

2    after which PNC Financial Services Group, Inc. became the bank holding

3    company owning National City Bank.  Additionally, by a Certificate of the State

4    of Ohio, by Ohio Secretary of State Jennifer Brunner, dated January 8, 2009,

5    National City Corporation surrendered it license to do business as a foreign

6    corporation in the State of Ohio.  I intend to dismiss National City Corporation

7    as a separate defendant.

8        Executed this 2nd day of September, 2009, at Ramona, San Diego County,

9    California.  I declare under penalty of perjury under the laws of the state of California,

10   and of the United States of America, that the foregoing is true and correct.

11

12                                    s/Jeffrey A. Agnew
                                      Jeffrey A. Agnew
13                                    Email: jeffreyagnew@yahoo.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                          09cv1846 BTM (NLS)